UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62830-CIV-ALTONAGA/O'SULLIVAN

HOWARD COHAN,

    Plaintiff,

vs.

NATIVE SUN CONDOMINIUM REALTY,
LTD., and NATIVE SUN CONDOMINIUM
ASSOCIATION, INC., d/b/a THE NATIVE SUN,

    Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, and Defendants, NATIVE SUN CONDOMINIUM REALTY, LTD., and NATIVE SUN CONDOMINIUM ASSOCIATION, INC., d/b/a THE NATIVE SUN, by and through undersigned counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above-styled action with prejudice, as the parties have amicably resolved this matter in settlement.

AGREED and STIPULATED to this 6th day of March, 2015.

| | |
|---|---|
| */s/ Mark D. Cohen* | */s/ Joel D. Kentwood* |
| _____ | _____ |
| Mark D. Cohen, Esquire | Joel D. Kentwood, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 254487 |
| **MARK D. COHEN, P.A.** | SACHS SAX CAPLAN, P.L. |
| Presidential Circle | 6111 Broken Sound Parkway, Suite 200 |
| 4000 Hollywood Boulevard, Suite 435 So. | Boca Raton, Florida 33487 |
| Hollywood, Florida 33021 | Telephone: (561) 994-4499 |
| Telephone: (954) 962-1166 | Facsimile: (561) 994-4985 |
| Facsimile: (954) 962-1779 | E-mail: jkenwood@ssclawfirm.com |
| E-mail: mdcohenpa@yahoo.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Native Sun Condominium Realty, LTD* |
| *Howard Cohan* | |

1

*/s/ Justin C. Sorel*

_____
Justin C. Sorel, Esquire
Florida Bar No. 0016256
COLE, SCOTT & KISSANE, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977
*Counsel for Defendant*
*Native Sun Condominium Association, INC*